## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

RODNEY A. CAMPBELL,           )
                                                )
      Plaintiff,             )
                                                )
     vs.                        )     Case No. 4:26-cv-00735-MTS
                                                )
ST. CHARLES COUNTY,           )
                                                )
      Defendant.             )

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file.  Plaintiff has filed a *pro se* Complaint in this matter but has not paid the required filing fee.  *See* 28 U.S.C. § 1914(a), (b).  Nor has Plaintiff moved to proceed *in forma pauperis*. Plaintiff currently is a "prisoner" as that term is defined under 28 U.S.C. § 1915(h). Because he previously filed at least three actions[1] while a prisoner that the Court later dismissed as frivolous, malicious, or because they failed to state a claim upon which relief may be granted, Plaintiff cannot proceed with his instant action unless he prepays the entire $405 filing fee.  28 U.S.C. § 1915(g); *see also Gonzalez v. United States*, 23 F.4th 788, 789 (8th Cir.), *cert. denied*, 142 S. Ct. 2837 (2022)

---

[1] *See Campbell v. Campanga*, 4:25-cv-1901-JMB, ECF No. 6 (E.D. Mo. Feb. 18, 2026); *Campbell v. St. Charles Cnty. Jail*, 4:26-cv-00152-HEA, ECF No. 5 (E.D. Mo. Feb. 18, 2026); *Campbell v. Madison Cnty. Jail*, 4:26-cv-0165-RHH, ECF No. 6 (E.D. Mo. Mar. 30, 2026); *Campbell v. St. Charles Cnty. Jail*, 4:25-cv-1902-ACL, ECF No. 5 (E.D. Mo. May 5, 2026); *Campbell v. St. Clair Cnty. Jail*, 4:26-cv-0065-MTS, ECF No. 13 (E.D. Mo. May 11, 2026).

("After three strikes, a litigant loses the right to sue without prepaying the filing fee.").[2]

The Court will provide Plaintiff through **Wednesday, May 27, 2026**, to prepay the entire filing fee of $405 in full, or the Court will dismiss this action without prejudice and without further notice.

So **ORDERED** this 13th day of May 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff's Complaint does not, in any way, show he is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).